CHARLES F. GALL, Respondent, *v.* AMELIA GALL, as Administratrix of JOSEPH GALL, Deceased.

*Gall* v. *Gall*, 27 App. Div. 173, appeal dismissed.
(Argued October 2, 1899; decided October 24, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1898, affirming a judgment in favor of · plaintiff entered upon a verdict.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and the Court of

Appeals has no jurisdiction, the action being one to recover compensation for services rendered.

*Ira Leo Bamburger* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.